UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: David W. Perry                              M. B. D. #05-10066

### ORDER OF TERM SUSPENSION

PER CURIAM

The Court having been advised that David W. Perry has been suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts for a six month period is likewise forthwith suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts for a like period.

Should David W. Perry desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

David W. Perry shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of term suspension.

Date _Feb 10, 2005_                              _William G. Young_
                                                 District Judge

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.  SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO: BD-2004-024

IN RE: DAVID W. PERRY

ORDER OF TERM SUSPENSION

05MBD10066

This matter came before the Court, Spina, J., on an Information and Record of Proceedings with the Vote and Recommendation of the Board of Bar Overseers filed by the Board on December 27, 2004.

Upon consideration of the papers, it is ORDERED that DAVID W. PERRY is hereby suspended from the practice of law in the Commonwealth of Massachusetts for a period of three years retroactive to May 13, 2004, the date of his temporary suspension.

By the Court (Spina, J.),

Maura S. Doyle, Clerk

Entered: January 4, 2005